UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

In Re:  Daniel Schneider,

    Debtor

V2R, LLC, and
SPECIAL SITUATIONS FUND IV LLC,

    Plaintiffs

v.

DANIEL SCHNEIDER

    Defendant

_____

Chapter 7
Case No. 05-23382-JNF

Adversary Case No.
06-01090

PLAINTIFFS' MOTION TO RE-OPEN CASE

Plaintiffs V2R, LLC, and Special Situations Fund IV LLC move that this Case be reopened arguing as follows:

1. The Debtor/Defendant Schneider has violated the Judgment adjudicating a non-dischargeable debt in this Case and has breached the Settlement Agreement incorporated therein the Judgment of this Court. Plaintiffs therefore need this Court to issue an Execution to allow for collection and supplementary process litigation to begin either on this Court's Judgment or the underlying Judgment.

2. Plaintiffs' prior Counsel have filed an attorney's lien in this Case that needs to be tried and a judgment issued adjudicating its value if any.

THEREFORE, Plaintiffs ask that this Case be re-opened.

Plaintiffs by their attorney,

/s/ Valeriano Diviacchi
Valeriano Diviacchi
BBO# 555940
Diviacchi Law Office
111 Beach Street   #1A
Boston, MA 02111-2532
617-542-3175

Date: