# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Daniel Schneider      **Case Number:** 05-23382      **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
#79  Motion filed by Creditor V2R, LLC to Reopen Chapter 7 Case .
#80 Objection by Debtor.

Valeriano  Diviacchi
Joseph C. Mooney

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court__#80___Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                  Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_#79,80_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Counsel to the debtor failed to appear at the scheduled hearing. The Court granted the Motion
to reopen the chapter 7 case to obtain an execution on the Judgement issued in adversary
proceeding 06-1090. The Clerk is directed to issue the execution.

IT IS SO NOTED:             IT IS SO ORDERED:

_____      _____ Dated: 10/29/2008

Courtroom Deputy            Joan N. Feeney, U.S. Bankruptcy Judge